**2008–1362.  State v. Hoffmeyer.**
Summit App. No. 23712, 2008-Ohio-2311. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due October 10, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

**2008–1938.  State ex rel. Madigan v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus/prohibition involving an expedited election matter. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## RECONSIDERATION OF PRIOR DECISIONS

**2008–1465.  State ex rel. Medcorp, Inc. v. Ryan.**
Franklin App. No. 06AP–1223, 2008-Ohio-2835. It is ordered by the court that the motion for reconsideration in this case is denied.